

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00052-CV

**LEE HOMES OF LIMESTONE COUNTY, INC.,**
**JAMES LEE AND MARSHA LEE,**

**Appellants**

 **v.**

**FIRST NATIONAL BANK,**
**GROESBECK, TEXAS, BILL SADLER,**
**BILL DAVID SADLER, AND BOBBY REED,**

**Appellees**

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 30,051-A**

## O R D E R

Appellants Lee Homes of Limestone County, Inc., James Lee, and Marsha Lee and Appellee Bobby Reed have filed an "Agreed Motion to Dismiss Appeal as to Appellee Bobby Reed Only." *See* TEX. R. APP. P. 42.1(a)(2). Appellants and Appellee Bobby Reed jointly request in the motion that Appellants' appeal as to Appellee Bobby

Reed only be dismissed at this time. The motion is granted, and the appeal as to

Appellee Bobby Reed only is dismissed.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted; Appellee Reed dismissed
Order issued and filed August 14, 2014
Do not publish